Law Offices of
BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
2901 North Central Avenue
Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

Robert J. Spurlock, SB# 009857
bspurlock@bffb.com
Attorneys for Creditor
Deere & Company

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA (TUCSON)

| | |
|---|---|
| In re: | Chapter 12 |
| CUSTOM TILLAGE & SPRAY, LLC, | Case 4:09-bk-33963-EWH |
| Debtor. | **STIPULATION TO PROVIDE ADEQUATE PROTECTION TO DEERE & COMPANY** |
| DEERE & COMPANY, | |
| Movant, | |
| v. | |
| CUSTOM TILLAGE & SPRAY, LLC, DEBTOR and DAVID M. REAVES, TRUSTEE, | |
| Respondents. | |

Secured creditor Deere & Company ("Deere"), Custom Tillage & Spray, LLC ("Debtor") and Stevie L. Steelman Jr. And Maryann Steelman ("Co-Debtors") stipulate as follows:

1. On or about December 31, 2009, a voluntary petition under Chapter 12 was filed with this Court on behalf of Custom Tillage & Spray, LLC (the "Debtor").

2. On or about September 4, 2007, the Debtor entered into a Loan Contract - Security Agreement with Deere ("Contract No. 1") pursuant to which Deere provided financing for the purchase by the Debtor of one John Deere Model 9996 Cotton Picker

Serial #N09996X022329 ("Equipment No. 1"). A true and correct copy of Contract No. 1 is attached hereto as Exhibit "A" and is incorporated herein by reference. Deere holds a perfected purchase money security interest in Equipment No. 1 as evidenced by a UCC1 filed on September 25, 2007. A true and correct copy of the UCC1 is attached hereto as Exhibit "B" and incorporated herein by reference.

3. On or about April 28, 2008, the Debtor entered into a Loan Contract - Security Agreement with Deere ("Contract No. 2") pursuant to which Deere provided financing for the purchase by Debtor of one Sundance Model 922 Disk, Serial #104-922 ("Equipment No. 2"). A true and correct copy of Contract No. 2 is attached hereto as Exhibit "C" and is incorporated herein by reference. Deere holds a perfected purchase money security interest in Equipment No. 2 as evidenced by a UCC1 filed on May 7, 2008. A true and correct copy of the UCC1 is attached hereto as Exhibit "D" and incorporated herein by reference.

4. On March 22, 2010, Deere file a motion for relief from the automatic stay (the "Motion"). As of the date of the Motion Deere was owed a payoff balance on Contract No. 1 in the amount of $276,693.60 and $19,295.41 on Contract No. 2. The Debtor is in default under the terms of Contract No. 1 and the annual payment on Contract No. 2 comes due on Saturday, May 1, 2010. Deere's interest in Equipment No. 1 and Equipment No. 2 is not being adequately protected.

5. The Debtor, Co-Debtors and Deere now have reached an agreement under which the Debtor will provide adequate protection of Deere's interests under the Contracts.

    (a) The parties agree that Deere's interest in the Equipment No. 1 and Equipment No. 2 is not adequately protected.

    (b) The Debtor represents that Equipment No. 2 is fully insured, and agrees to immediately provide Deere with written proof of insurance. Debtor further agrees to maintain adequate insurance through the life of the contract.

(c) The parties agree to adequate protection payments on Equipment No. 1 of the following:

- $5,000 to be paid by April 30, 2010. This payment will be made whether or not the order approving this stipulation has been entered,
- $5,000 to be paid by May 14, 2010,
- $40,000 to be paid by June 11, 2010.

(d) The parties agree that Deere will retain possession of Equipment No. 1 until the $40,000 payment due June 11, 2010 is received by Deere. At such time as Equipment No. 1 is returned to the Debtor, the Debtor agrees to immediately provide Deere with written proof of insurance and maintain adequate insurance through the life of the contract.

(e) It is understood that Debtor will file a plan and disclosure statement on or before May 21, 2010, which will provide for payment of the remaining Contract No. 1 obligation. In the event the parties have not reached an agreement on future payments on or before June 10, 2010, this stipulation shall become null and void.

(f) The parties agree that the Debtor will make the regular contract payment on Equipment No. 2 in the amount of $7,087.80 by May 26, 2010, and will thereafter continue to abide by the payment terms of the contract.

(g) The Debtor will make all payments to:

Deere & Company
c/o Robert J. Spurlock
Bonnett, Fairbourn, Friedman & Balint PC
2901 N. Central #1000
Phoenix, AZ 85012

DATED this 6th day of May, 2010.

BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.

/s/ R.S. #009857
Robert J. Spurlock
2901 N. Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100
Attorneys for Deere & Company


LAW OFFICES OF ROBERT M COOK,
PLLC

Robert M. Cook
219 W. Second St.
Yuma, AZ 85364
Attorney for Debtor
(928) 782-7771


LAW OFFICES OF ROBERT M COOK,
PLLC

Robert M. Cook
219 W. Second St.
Yuma, AZ 85364
Attorney for Co-Debtors
(928) 782-7771


DAVID M. REAVES, CHAPTER 12
TRUSTEE

David M. Reaves, Chapter 12 Trustee
3838 N. Central Ave., Ste. 800
Phoenix, AZ 85012-1965
(602) 277-8996

4

| | |
|---|---|
| 1 | COPIES of the foregoing mailed this 6th day of May, 2010, to: |
| 2 | |
| 3 | Stevie L. Steelman Jr.<br>Maryann Steelman |
| 4 | 1863 N. Westfall Ln.<br>Casa Grande, AZ 85122 |
| 5 | Co-Debtors |
| 6 | Stevie L. Steelman Sr.<br>Cheryl L. Steelman |
| 7 | 808 E. Shadow Ln.<br>Casa Grande, AZ 85122 |
| 8 | |
| 9 | Custom Tillage & Spray, LLC<br>P.O. Box 11006<br>Casa Grande, AZ 85031 |
| 10 | Debtor |
| 11 | Robert M. Cook, Esq.<br>Law Offices of Robert M. Cook PLLC |
| 12 | 219 W. Second St.<br>Yuma, AZ 85364 |
| 13 | Attorney for Debtor |
| 14 | David M. Reaves<br>P.O. Box 44320 |
| 15 | Phoenix, AZ 85064-4320<br>Chapter 12 Trustee |
| 16 | |
| 17 | Elizabeth C. Amorosi<br>U.S. Trustee<br>230 N. First Ave. #204 |
| 18 | Phoenix, AZ 85003 |
| 19 | Agri Credit Acceptance LLC<br>8001 Birchwood Ct. |
| 20 | P.O. Box 2000<br>Johnston, IA 50131-0020 |
| 21 | |
| 22 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 |
| 23 | |
| 24 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>P.O. Box 3001 |
| 25 | Malvern, PA 19355-0701 |
| 26 | Central Implement Inc.<br>500 N. Eleven Mile Corner Rd. |
| 27 | Casa Grande, AZ 85194-7238 |
| 28 | |

5

| | |
|---|---|
| 1 | CNH Capital<br>P.O. Box 1083 |
| 2 | Evansville, IN 47706-1083 |
| 3 | CNH Capital America LLC<br>P.O. Box 3600 |
| 4 | Lancaster, PA 17604-3600 |
| 5 | Ervin Leasing<br>3893 Research Park Dr. |
| 6 | Ann Arbor, MI 48108-2217 |
| 7 | Internal Revenue Service<br>Centralized Insolvency Operations |
| 8 | P.O. Box 21126<br>Philadelphia, PA 19114-0326 |
| 9 | |
| 10 | JP Morgan Chase<br>P.O. Box 29550<br>Phoenix, AZ 85038-9550 |
| 11 | |
| 12 | Kevin Blakely, Esq.<br>Gammage & Burnham, PLLC<br>2 N. Central Ave., 18th Fl. |
| 13 | Phoenix, AZ 85004-0934 |
| 14 | M&S Equipment/Case IH Dlrshp<br>7810 N. Hwy. 87 |
| 15 | P.O. Box 2119<br>Coolidge, AZ 85128-0038 |
| 16 | |
| 17 | NAEDA Financial Ltd.<br>P.O. Box 95662<br>Chicago, IL 60694-5662 |
| 18 | |
| 19 | NAEDA Financial Ltd. L.P.<br>Gross & Welch PC<br>Attn: Sheryl L. Lohaus |
| 20 | 2120 S. 72nd St., Ste. 1500<br>Omaha, NE 68124-6316 |
| 21 | |
| 22 | TCF Equipment Finance<br>11100 Wayzata Blvd., Ste. 801<br>Hopkins, MN 55305-5517 |
| 23 | |
| 24 | |
| 25 | /s/ Gerry Bishop |
| 26 | |
| 27 | |
| 28 | |