DAVID M. REAVES
CHAPTER 12 TRUSTEE
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone
trustee@reaves-law.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In Re: ) Case No. 4:09-bk-33963-BMW
)
CUSTOM TILLAGE & SPRAY, LLC, ) Chapter 12
)
Debtor. ) **TRUSTEE'S OBJECTION TO**
) **PROOF OF CLAIM NO. 5**
)
)

   DAVID M. REAVES, the duly appointed, qualified and acting trustee ("Trustee") in the above-captioned estate, respectfully objects to Proof of Claim No. 5 in this case as follows:

   1. On December 31, 2009, Custom Tillage & Spray, LLC, (the "Debtor") filed a Voluntary Petition under Chapter 12 of the Bankruptcy Code. Thereafter, David M. Reaves was appointed as Chapter 12 trustee ("Trustee").

   2. An Order Granting Joint Administration with Cases 09-33960 and 09-33962 was entered on March 26, 2010. Accordingly, this matter is being jointly administered under Case No. 09-33960. The Debtor's original Chapter 12 Plan was filed on May 21, 2010, under Case No. 09-33960, and a Stipulated Order confirming the Chapter 12 Plan was entered on June 16, 2010, under Case No. 09-33960. The plan allows for payment to unsecured claimants that have filed proofs of claim.

1

3. Pinal County Treasurer's Office, ("Claimant"), filed Claim No. 5 on March 2, 2010, as a secured claim in the amount of $22,277.77.

4. Trustee objects to Claim No. 5 on the grounds that he believes said claim has been satisfied in full.

5. The Trustee proposes that Claim No. 5 be disallowed.

NOTICE IS GIVEN that the above claim be disallowed or allowed in the amount and with the priority as recommended above by the Trustee unless on or before fourteen (14) days from mailing, the Claimant either: (i) sends, with a copy of this notice, the proper documentation to the Trustee and receives from the Trustee a withdrawal of objection; or (ii) files and serves a response to the objection with the Clerk of the Court, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003, and mails a copy thereof to the Trustee at: Post Office Box 44320, Phoenix, Arizona 85064-4320. If the Claimant timely files and serves a response to the objection, the Trustee shall request a hearing from the Court, which hearing shall be held on at least 30 days notice to the Claimant.

A true and exact copy of this objection has been forwarded on the date as appears below to the Claimant.

Dated this 5th day of November, 2015.

By /s/ David M. Reaves
David M. Reaves,
Chapter 12 Trustee

COPY of the foregoing MAILED
this 5th day of November, 2015, to:

Custom Tillage & Spray, LLC
PO Box 11006
Casa Grande, Arizona 85130-1006
Debtor

Pinal County Treasurer's Office
P.O. Box 729
Florence, Arizona 85132
Claimants

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85004

*Kathleen Arnold*