**DAVID M. REAVES**
CHAPTER 12 TRUSTEE
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone
trustee@reaves-law.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>CUSTOM TILLAGE & SPRAY, LLC,<br><br>Debtor. | ) Case No. 2:09-bk-33963-BMW<br>) Chapter 7<br>)<br>) **WITHDRAWAL OF TRUSTEE'S**<br>) **OBJECTION TO PROOF OF CLAIM**<br>) **NO. 5**<br>)<br>) |

David M. Reaves, duly appointed, qualified and acting trustee in the above-captioned estate ("Trustee"), has previously objected to Proof of Claim No. 5, filed by Pinal County Treasurer's Office, ("Claimant"), on the grounds that said claim appeared to have been satisfied. The Claimant has provided documentation to the Trustee showing the balance remaining on the claim, and therefore the Trustee withdraws his objection to Claim No. 5.

A true and exact copy of this Withdrawal of Objection has been forwarded on the date as appears below to the claimant.

Dated this 20th day of November, 2015.

By: /s/ David M. Reaves
David M. Reaves,
Chapter 12 Trustee

COPY of the foregoing MAILED
this 20th day of November, 2015, to:

Custom Tillage & Spray, LLC
PO Box 11006
Casa Grande, Arizona 85130-1006
Debtor

Pinal County Treasurer's Office
P.O. Box 729
Florence, Arizona 85132
Claimants

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85004


/s/ Kathleen Arnold