**DAVID M. REAVES**
Chapter 12 Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone
trustee@reaves-law.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>CUSTOM TILLAGE & SPRAY, LLC,<br><br>Debtor. | ) Case No. 4-09-bk-33963-BMW<br>)<br>) Chapter 12<br>)<br>) **TRUSTEE'S INTERIM REPORT**<br>) **THROUGH JULY 2018**<br>) |

DAVID M. REAVES, Chapter 12 trustee of the above referenced case, hereby submits the following interim report:

This case was commenced on December 31, 2009. The 341(a) Meeting of Creditors was held and concluded on February 11, 2010. An Order Granting Joint Administration with Cases 09-33960 and 09-33962 was entered on March 26, 2010. Accordingly, this matter is being jointly administered under Steelman Enterprises, LLC, Case No. 09-33960. The Debtor's original Chapter 12 Plan was filed on May 21, 2010, under Case No. 09-33960, and a Stipulated Order confirming the Chapter 12 Plan was entered on June 16, 2010, under Case No. 09-33960.

All funds received and disbursed by the Trustee in connection with these jointly administered cases, have been made under Case No. 09-33960 in accordance with the joint Chapter 12 Plan and Stipulated Order Confirming Plan.

Dated this 16th day of August, 2018.

By: /s/ *David M. Reaves*
David M. Reaves,
Chapter 12 Trustee

COPY of the foregoing MAILED
this 16th day of August, 2018, to:

Custom Tillage & Spray, LLC
PO Box 11006
Casa Grande, Arizona 85130-1006
Debtor

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85004

/s/ *Kathleen Arnold*